# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | Case No. 14-05118 |
|---|---|
| Peter James Will Malone | |
| Teena Shani Malone | |
| Debtor(s) | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/18/2014.

2) The plan was confirmed on 04/28/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/21/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 03/30/2015.

6) Number of months from filing to last payment: 8.

7) Number of months case was pending: 17.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $3,405.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$3,405.00**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,701.23 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $170.03 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$1,871.26**

Attorney fees paid and disclosed by debtor:       $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADT SECURITY SYSTEMS | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| AES AMERICAN EDUCATION SVC | Unsecured | 5,097.00 | NA | NA | 0.00 | 0.00 |
| AES AMERICAN EDUCATION SVC | Unsecured | 1,876.00 | NA | NA | 0.00 | 0.00 |
| Alchemy Worldwide LLC - FOOD | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| ALLIANT CREDIT UNION | Secured | 3,878.00 | 3,878.00 | 3,878.00 | 266.71 | 97.74 |
| ALLIANT CREDIT UNION | Unsecured | 1,347.00 | 663.02 | 663.02 | 0.00 | 0.00 |
| AT&T | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| ATG Credit | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| BMO HARRIS BANK | Unsecured | NA | NA | 163.00 | 0.00 | 0.00 |
| BMO HARRIS BANK | Secured | NA | 163.00 | 163.00 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 1,255.00 | NA | 3,312.85 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 12,725.00 | 16,037.85 | 12,725.00 | 847.83 | 321.46 |
| Cashcall INC | Unsecured | 1,464.00 | NA | NA | 0.00 | 0.00 |
| CASHCALL INC | Unsecured | 850.00 | 850.00 | 850.00 | 0.00 | 0.00 |
| CHLD/CBNA | Unsecured | 374.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 173.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | NA | 1,330.08 | 0.00 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 260.00 | 1,443.04 | 1,443.04 | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 642.00 | NA | NA | 0.00 | 0.00 |
| Discount Advances.com | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| Fingerhut | Unsecured | 464.00 | NA | NA | 0.00 | 0.00 |
| FIRST CASH ADVANCE | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Fortiva | Unsecured | 1,786.00 | 1,786.70 | 1,786.70 | 0.00 | 0.00 |
| Franciscan Alliance | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| HSN | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Lifewatch | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTION | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 319.00 | 581.73 | 581.73 | 0.00 | 0.00 |
| OAK HARBOR CAPITAL | Unsecured | 508.00 | 423.99 | 423.99 | 0.00 | 0.00 |
| OAK HARBOR CAPITAL | Unsecured | 519.00 | 0.00 | 524.13 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| OAK HARBOR CAPITAL | Unsecured | 662.00 | 641.89 | 641.89 | 0.00 | 0.00 |
| OAK HARBOR CAPITAL III LLC | Unsecured | 539.00 | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPITAL III LLC | Unsecured | 698.00 | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPITAL IV LLC | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 150.00 | 149.19 | 149.19 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 421.00 | 407.75 | 407.75 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 520.00 | 550.58 | 550.58 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 335.00 | 383.95 | 383.95 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 461.00 | 461.33 | 461.33 | 0.00 | 0.00 |
| Primary Healthcare Assoc. | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| RBS CITIZENS | Unsecured | NA | 5,097.95 | 5,097.95 | 0.00 | 0.00 |
| RBS CITIZENS | Unsecured | NA | 1,876.89 | 1,876.89 | 0.00 | 0.00 |
| Sallie MAE | Unsecured | 10,528.00 | NA | NA | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| SLM Financial Corporation | Unsecured | 4,750.00 | NA | NA | 0.00 | 0.00 |
| THE NEW Colonies 01519 | Unsecured | 2,557.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 405.00 | 450.39 | 450.39 | 0.00 | 0.00 |
| Zmedi at Tinley Park | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $16,603.00 | $1,114.54 | $419.20 |
| All Other Secured | $163.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$16,766.00** | **$1,114.54** | **$419.20** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$19,768.38** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,871.26 |
| Disbursements to Creditors | $1,533.74 |
| **TOTAL DISBURSEMENTS :** | **$3,405.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/22/2015     By: /s/ Tom Vaughn
                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**